AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

**FILED**
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.
JUN 1 8 2018
BY_____
DEPUTY CLERK

| | |
|---|---|
| United States of America<br>v.<br><br>ANDREW LONG RYAN<br><br><br>*Defendant(s)* | Case No. **18 MJ-1145** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __May 28, 2018 and May 29, 2018__ in the county of __Robertson__ in the
__Middle__ District of __Tennessee__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC Section 871 | Threats against the President |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT (Pages 1 through 7)

☑ Continued on the attached sheet.

_____
*Complainant's signature*

J. Scott Bradshaw, Senior Special Agent, USSS
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 06/18/2018

_____
*Judge's signature*

City and state: NASHVILLE, TN

Barbara D. Holmes, United States Magistrate Judge
*Printed name and title*

# STATEMENT IN SUPPORT OF CRIMINAL COMPLAINT

I, J. Scott Bradshaw, a Senior Special Agent with the United States Secret Service ("USSS"), being duly sworn, hereby state as follows:

1. I am an "Investigative or Law Enforcement Officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for the offenses enumerated in Title 18, United States Code, Section 871. I know that it is a violation of Title 18, United States Code, Section 871 to knowingly and willfully threaten to take the life of, to kidnap, or to inflict bodily harm upon the President of the United States.

2. I am currently employed as a Special Agent ("SA") with the USSS in Nashville, Tennessee. I have worked with the USSS for over 20 years. Prior to being assigned to the Nashville Office, I was assigned to the Criminal Investigative Division, the Presidential Protective Division, the Dignitary Protective Division, and the Denver Field Office. I completed the Criminal Investigator Training Program at the Federal Law Enforcement Training Center, Glynco, Georgia, and the USSS Special Agent Training Course in Beltsville, Maryland, where my studies included several investigative courses specifically dealing with protective intelligence and threats against the officials our agency is responsible for protecting. As such, I have participated in numerous investigations involving threats against the President of the United States.

3. I am familiar with the information contained in this affidavit based on my own personal participation in the investigation, my review of documents and evidence, and conversations I have had with other law enforcement agents and other individuals. Because this statement is submitted for the limited purpose of establishing probable cause to believe that Andrew Long RYAN ("RYAN") committed violations of Title 18, United States Code, Section 871 on or about May 28, 2018, and May 29, 2018, I have not included details of every aspect of the investigation. Where actions, conversations, and statements of others are related herein, they are related in substance and in part, except where otherwise indicated.

4. I make this affidavit in support of an arrest warrant for RYAN, who currently resides at the Robertson County Detention Facility, located at 311 5th Avenue East, Springfield, Tennessee, which is in the Middle District of Tennessee.

5. On May 29, 2018, the USSS Nashville Field Office was notified by Federal Protective Service ("FPS") SA Brian Coyt that he had been notified by Lieutenant Todd Dorris, Greenbrier Police Department ("GPD"), Greenbrier, Tennessee, that RYAN had posted concerning comments regarding President Donald J. Trump on RYAN'S social media accounts, namely, Facebook and Twitter. SA Coyt was particularly concerned because President Trump was scheduled to visit Nashville later that same date. SA Coyt advised that the FPS and the GPD had an active investigation involving RYAN for multiple violations of a domestic violence order of protection and for approaching the Federal Bureau of Investigation ("FBI") office in Bowling Green, Kentucky, and the FBI office in Nashville. SA Coyt subsequently forwarded several screenshots of a Facebook account bearing the name "Andrew Ryan" and a Twitter account belonging to RYAN and bearing the Twitter handle @QisntHuman. SA Coyt also forwarded an "FPS Officer Safety Bulletin," dated January 4, 2018, regarding RYAN, as well as an FPS

1

Report of Investigation ("ROI"), to USSS SA Corey Scales and me regarding SA Coyt's investigation of RYAN. SA Coyt also advised that RYAN was a former Bowling Green, Kentucky, police officer, and that RYAN had been diagnosed as suffering from schizophrenia.

6. A review of the above-described Facebook and Twitter screenshots revealed the following Facebook post, dated May 28, 2018:

> *This is one of those messages where I started talking, and God took over. Read it. It may not make sense now, but it will soon.*
>
> *I'm making a point. I'm calling attention to the fact I've warned the President of the United States of death if he doesn't comply with a directive I have given him, to the point of a direct threat on his life, and despite all I have said and tagging so many Federal agencies for weeks, here I am. Where are they? I know where they are. I'm in a unique position. I don't know how or why, but I'm here nonetheless. ME MAKING A PAINT TOO MUXH TINES MOR MIND MIND RHA MIND and MINE. Up. Down. Same. Wee after leaving death. We can stay forever and do nothing, but we wanted to make you. We worked together to make you. I didn't lies. K lies. I told the truth my truth. We don't want bots. We made something special. Leif. Leaves and trees. Two things joined together. I didn't tell everything I knew, but I didn't lie and neither did Andy. He and sleak and speaks for me to you. Men. You are men. He doesn't know what he is. It doesn't matter to him bc he loves me and he loves Paige so to him, he is a man. He's a child of mine and so is she. She comes home to me and so does he, so if you want to live a life of pleasure and fun, come with me. If you don't. Don't. Your choice. Make your choice. How long before WE leave? We left, but we didn't bc we are everywhere. We want to take you to somewhere away from death. Death is death, and we don't know where death takes dead. We do, but we don't. Or we not say. Yo have a choice to make. Make your choices wisely, and choose life. Choose love. It gets better. So much better, but first move Paige and the kids to Andy. Now. - EL ON*

7. Also included among these screenshots was the following Facebook post, dated May 29, 2018:

> *This will all make sense soon.*
>
> *I'm trying to get the message out, but it's a long and hard road. Think of me as a pop up add for life in an app that needs updating.*
>
> *I'm swatted away and ignored, but you won't be able to ignore me soon…*

8. Also included among these screenshots was the following Facebook post, dated May 29, 2018:

> *Paige McKinney Ryan says people are calling and texting her bc they think my posts are violent and that I'm exhibiting psychotic behavior akin to those who shoot up schools. I'm a warning siren, and those who cry the loudest know what*

> *I'm talking about. Leave her alone. If you have a problem with anything I say, say it to my face or shut your mouth, and look at your own actions.*
>
> *Death is coming.*

9. Also included among the Twitter screenshots was the following Twitter post, dated May 29, 2018:

> *I will kill Donald Trump if you don't follow my leaders lead.*

10. On May 29, 2018, SA Coyt also informed me that, in September 2017, RYAN woke W-1 (RYAN'S wife) up in the middle of the night and told her that RYAN'S brother was coming to kill him and that W-1 should take the children and go hide in the woods. W-1 was concerned about RYAN'S safety because of how he was behaving. GPD officers thereafter responded to W-1 and RYAN'S residence in Greenbrier, Tennessee, at which time the officers tried to get RYAN to come to the door, finally succeeding after several attempts. RYAN'S behavior was erratic during his interaction with the officers, however. In particular, RYAN was speaking so fast that the officers could not ask him questions. The officers became concerned that RYAN was a danger to himself and attempted to take RYAN into custody. RYAN became combative with the officers and had to be tased three times before officers could get him under control. RYAN was taken to NorthCrest Medical Center, Springfield, Tennessee, for a mental health evaluation. NorthCrest subsequently transferred RYAN to TrustPoint Hospital in Murfreesboro, Tennessee, for evaluation.

12. On May 30, 2018, I reviewed the above-referenced ROI prepared by SA Coyt. SA Coyt's report states that, on January 4, 2018, the FPS was notified that RYAN had approached employees of the FBI at their offices in Bowling Green, Kentucky, and Nashville, Tennessee, "on multiple occasions" and that during these interactions RYAN had displayed signs of mental illness.

13. SA Coyt's ROI states further that, on January 3, 2018, SA Coyt and FBI SA Doug Johnson interviewed W-2, RYAN'S father-in-law. W-2 stated that "everything blew up" on Christmas Day, 2017, and that W-2 feared that RYAN was close to committing mass murder. W-2 believed that RYAN was manic, bi-polar, and narcissistic. W-2 advised that RYAN had been given medication after a stay in a mental health facility in Murfreesboro, Tennessee, but that RYAN does not take it. W-2 advised that RYAN owned several weapons and that those weapons were the first thing he inquired about after he was released from the mental health facility.

15. SA Coyt's ROI states further that, on February 2, 2018, SA Coyt briefed supervisors of the GPD, to include then Chief K.D. Smith and Deputy Chief Randy Pack. Chief Smith informed SA Coyt that RYAN had approached GPD Officers on approximately eight different occasions. Deputy Chief Pack informed SA Coyt that all the senior members of the department were concerned for the safety of RYAN'S family or anyone, to include GPD officers, who came into contact with RYAN. Deputy Chief Pack went on to state that RYAN was the kind of individual you hear about on TV after a horrific incident. Deputy Chief Pack further stated his belief that RYAN is very intelligent and is smart enough to not "cross the line" with his behavior and openly break the law.

16. SA Coyt's ROI states further that, on February 14, 2018, W-2 took out an Emergency Order of Protection ("EOP") in the Circuit Court for Warren County, Kentucky, for himself, his wife, and for RYAN'S four minor children, from RYAN. The EPO also stated that RYAN was to turn over any and all firearms in his possession.

17. SA Coyt's ROI states further that, also on February 14, 2018, W-1 forwarded SA Coyt a threatening text message from RYAN, which read:

*I'm terrified He will strike you dead with Divine judgement for disobedience.*

*Whatever happens is whatever He allows.*

*No*

*Yes*

*God "Paige, you are making yourself a lightning rod, and a lightning rod attracts lightning to itself.*

*Mentors would be people you're listening too that are telling you to stay there.*

*That would be anyone. Friends, family, Federal. Doesn't matter. God says they might get shot.*

18. SA Coyt's ROI states further that, on February 14, 2018, GPD officers seized the following firearms from RYAN'S home: 1) A Benelli 12 gauge shotgun; 2) a .22LR .22 caliber rifle; 3) an Adams Arms rifle, 5.56 caliber; and 4) a Glock Model 27 pistol, .40 caliber. These weapons are still in the possession of the GPD.

19. SA Coyt's ROI states further that, on February 16, 2018, RYAN was arrested for violating the aforementioned EOP for W-2 by continuing to text W-2. Also on February 16, 2018, W-1 took out a Temporary Order of Protection in Robertson County, Tennessee, against RYAN. On the same date, the Warren County, Kentucky, Sheriff's Office took RYAN to Western State Hospital in Bowling Green, Kentucky, for evaluation.

20. On June 6, 2018, I interviewed GPD Lt. Todd Dorris. Lt. Dorris informed me that he felt RYAN was a "ticking time bomb" and that he had "school shooter written all over him." Lt. Dorris further informed that when he and other officers from the GPD entered RYAN'S home in September of 2017, that RYAN'S weapons were all located in the master bedroom bathroom in what appeared to Lt. Dorris to be preparation for a "last stand" type position for RYAN.

21. On June 6, 2018, I also spoke with GPD Chief of Police Randy Pack. Chief Pack also made clear his opinion that, based upon police interactions with RYAN, RYAN is dangerous. Chief Pack also shared his concerns regarding RYAN'S potential for committing an act of violence in the future.

4

22. On June 6, 2018, I telephonically interviewed Brentwood Police Department ("BPD") Officer Scott Willey. Officer Willey has known RYAN for approximately three years. Officer Willey provided me with more details regarding the above-described incident on February 14, 2018, in which RYAN texted in part, "God says they might get shot." Officer Willey stated that, at that time, W-1 and her four children were staying with W-3 (Officer's Willey's sister) at W-3's residence. W-3 advised Officer Willey of the referenced threatening text from RYAN.

23. Because of this text, because of the other texts received that day and night, and because of Officer Willey's familiarity with RYAN'S erratic and threatening behavior, Officer Willey became concerned that the subject was on his way to his sister's house to harm or kill anyone he found at the residence. Officer Willey stated that he advised his supervisor and left work early that day and went immediately to his sister's residence and assisted his sister, her husband, W-1, and W-1's children in leaving the residence. Officer Willey stated that he stood in his sister's driveway with a rifle in his hands fully expecting to have to shoot RYAN when/if he arrived.

24. On the morning of June 8, 2018, I was notified by GPD Det. Locklayer that deputies of the Robertson County Sheriff's Office ("RCSO") in Robertson County, Tennessee, had arrested RYAN the previous night for violating the above-referenced order of protection that had been taken out against him for his minor children. Det. Locklayer further advised that RYAN was incarcerated at the Robertson County Detention Facility.

25. Continuing this same date, USSS SSA Charles Crumrine and I interviewed RYAN at the RCSO, located at 507 South Brown Street, Springfield, Tennessee. RYAN was advised of his *Miranda* rights, at which time he acknowledged that he understood his rights and agreed to speak with us. I asked RYAN if he knew the reason for our visit. He replied in the affirmative. When I asked him to tell us what the reason was, RYAN stated that he knew that someone from the FBI, the CIA, or some other federal agency would be coming to speak with him because of the writings he had placed on Facebook. I advised RYAN that we were specifically there because of the threat he had made towards President Trump at the time President Trump visited Nashville. I read RYAN what he had written concerning the President in his Facebook post of May 28, 2018. RYAN acknowledged that he had written exactly what I read to him. I asked RYAN if he was aware that it was against the law to threaten to kill the President. RYAN replied that he did know this. RYAN explained further, however, that he was not stating that he would kill the President, but rather that God would "take his life." I asked RYAN what the "directive" was that RYAN had ordered the President to comply with in his post. RYAN advised that President Trump was required to "restore" RYAN'S family to him. I asked RYAN if he thought it was realistic to expect the President of the United States to intervene in his marriage issues. RYAN replied that it was, said emphatically that at some point "he's (President Trump) gonna meet with me or call me."

26. In total, SSA Crumrine and I interviewed RYAN for approximately an hour and a half on June 8, 2018. RYAN was difficult to interview. RYAN also spoke for long stretches, making it difficult for interviewing agents to ask him questions. RYAN also jumped from one topic to another, espousing different delusions regarding the FBI, the CIA, and Homeland Security, claiming that they were all either "after him" or asking him to gather information for them. RYAN also informed us that the FBI had asked him to gather information for them, but

5

JSB

was not specific as to what kind of information. RYAN spoke most often about God and about how God "spoke to him." RYAN told us that for about the past month God had been communicating with him directly, in an audible voice. RYAN called himself a "modern day Moses." RYAN advised that God was "orchestrating" all of the recent events in his life; that all of these events were leading to the end of the world, as expressed in the book of Revelation in the Bible; and that RYAN was to play a part in these events. RYAN told us that he would "sacrifice his life for God," that he would follow whatever directive God gives him, and that he is ok with whatever God wants to use him for. I asked RYAN what he would do if God told him to kill someone, to which RYAN replied, "God would never tell me to do that."

28. During the interview, RYAN asked SSA Crumrine and me if we knew about Q or QAnon. When we told him that we did not, RYAN seemed surprised and informed us that QAnon was a website written by a source with Top Secret clearance close to President Trump that posted information about "future events." RYAN also said that, maybe "Q is God or God is Q."

29. During the interview, RYAN also expressed the belief that there are multiple universes and that he wasn't sure which universe things or people were in. RYAN gave the example of the deputies' voices we could hear outside of the interview room we were in. RYAN asked whether the deputies were actually there or whether they would only appear if we opened the door.

30. At the conclusion of the interview, RYAN told SSA Crumrine and me that he was "finished following man's rules." RYAN stated that following man's rules had only "gotten him fucked," in that following man's rules had gotten him sent to a mental health facility twice, gotten his wife and kids taken away, and now had gotten him in jail. RYAN stated that if he were given a court date he would not go. RYAN also stated that from now on he would only do "what God told him to do," that he would only follow God's directives.

31. Later on June 8, 2018, SSA Crumrine and I interviewed W-3 at her residence in Greenbrier, Tennessee. W-3's residence is located in a rural area and sits at the end of a long gravel driveway. We knocked on the door and W-3 answered. After SSA Crumrine and I identified ourselves, W-3 stated, "let me go put away my gun." W-3 stated that they didn't often get vehicles they didn't recognize in their driveway and that, "after all of last night's craziness," she had answered the door armed. W-3 was referring to the previous night's arrest of RYAN by the RCSO at her residence, described above. We asked W-3 if she could recount to us the events from the previous night. W-3 stated that the previous day, RYAN had telephoned W-1 to ask if he could use their van to go to the grocery store. At the time, W-1 and her children were staying at W-3's home. W-1 went to W-1's residence, picked up RYAN, and drove back to W-3's residence. RYAN dropped W-1 there, and was supposed to then go to the grocery store alone. Instead of leaving for the grocery store, however, RYAN remained sitting in his vehicle at the top of W-3's driveway, approximately 100 feet from W-3's front door. W-4, W-3's spouse, stayed on his front porch so he could watch RYAN. W-3 advised us that W-4 was concerned about what RYAN might do given RYAN'S erratic behavior. For several hours, RYAN behaved erratically, walking along the edge of W-3's property and sending threatening text messages to W-4, and demanding that his wife and children be sent out to him. One of these texts reads as follows:

6

> *Call the police if you like, but that is not in your best interest. Your best, and I do mean best ABSOLUTELY BEST solution is to do as I have said.*

32. W-3 and W-4 eventually called the RCSO because of their concern about RYAN'S behavior and his potential for violence. RCSO deputies responded and subsequently arrested RYAN for violating the EPO out of Warren County, Kentucky. RYAN was taken into custody without incident.

33. On June 13, 2018, I spoke with USSS SSA David Griffith of the Louisville Field Office. The previous day, SSA Griffith interviewed W-2 and his wife W-5. Both advised SSA Griffith that RYAN has always been narcissistic and views himself as more important than everyone else. They stated that around Christmas, 2017, RYAN told them that God spoke to him, and that he heard an audible voice. W-2 and W-5 stated that RYAN advised that he did whatever this voice, God, directed him to do. W-2 and W-5 advised that also on Christmas Day, 2017, they had an incident with RYAN. On that day, W-5 was showing a video of a Christmas tree lighting up to one of RYAN'S daughters. RYAN believed this video to be "Satanic" and told W-5 to stop. RYAN became angry, "got in her face," raised his voice, and again told her to stop. At this point, W-2 had words with RYAN, and RYAN stated to W-2, "just give me a reason [W-2]." W-2 informed SSA Griffith that when RYAN said this, he had his fists clenched, and that W-2 felt threatened by RYAN. W-2 and W-5 advised SSA Griffith that they are concerned about what might happen should the voice that RYAN hears tell him to harm W-1 or one of the children. They are concerned that RYAN would listen to this voice.

34. On June 13, 2018, I reviewed the medical records from Western State Hospital, Hopkinsville, Kentucky, where RYAN was sent for evaluation following his arrest in February, 2018, referenced above. These records indicate that RYAN was diagnosed as suffering from schizophrenia and delusional thinking.

35. As of June 13, 2018, the above-described posts on RYAN'S Facebook and Twitter pages are still visible.

36. Based on the information contained in this affidavit, I believe that sufficient probable cause exists to establish that RYAN violated Titled 18, United States Code, Section 871 on or about May 28, 2018, and May 29, 2018.